**James JOHNSON, Plaintiff–Appellant,**

v.

**K MART CORPORATION, Defendant–Appellee.**

No. 99–14563.

United States Court of Appeals, Eleventh Circuit.

Feb. 14, 2002.

Caren I. Friedman, Washington, DC, for EEOC, Amicus Curiae.

Ann Elizabeth Reesman, McGuiness, Norris & Williams, LLP, Washington, DC, for Equal Employment Advisory Council, Amicus Curiae.

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

In view of Kmart Corporation's filing of a Chapter 11 bankruptcy petition, and in compliance with 11 U.S.C. § 362(a)(1), no decision will be rendered in this case until the bankruptcy court grants relief from the automatic stay or the stay lapses. *See Ellison v. Northwest Engineering Company*, 707 F.2d 1310 (11th Cir.1983).

The parties are directed to inform the Court when the bankruptcy court grants relief from the automatic stay or the stay lapses.